UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                                   Criminal No. 09-cr-06-01-JL

<u>Eric Fullwood</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                     ***/s/Joseph N. Laplante***
                                                     Joseph N. Laplante
                                                     United States District Judge

Date:  February 18, 2009

cc:  Terry L. Ollila, AUSA
     James Gleason, Esq.
     U.S. Marshal
     U.S. Probation